## Commonwealth, Appellant, *v.* George E. Paul.

*Constitutional law—Interstate commerce—Original package—Oleomargarine.*

Argued Jan. 18, 1895.    Appeal, No. 105, July T., 1894, by plaintiff, from judgment of Q. S. Phila. Co., Oct. T., 1893, No. 370, on special verdict.    Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed.

See the two next preceding cases.

*Carroll R. Williams* and *John G. Johnson, A. Morton Cooper* and *George S. Graham*, district attorney, with them, for appellant.

*Henry R. Edmunds, Richard C. Dale* with him, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, October 11, 1895:

The questions raised in this case are identical with those just disposed of in Commonwealth v. J. Otis Paul, 170 Pa. 284, in which an opinion is this day filed.

For reasons there stated the judgment is reversed and judgment entered in favor of the commonwealth on the special verdict.

The record is remitted for purposes of sentence and execution.